The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NANCY GILL,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL MAGAN, MICHAEL GONZALEZ, MIKE MANSUR, CITY OF SEATTLE, and SNOHOMISH COUNTY,<br><br>                Defendants. | C19-860-MJP<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS SNOHOMISH COUNTY AND MIKE MANSUR |

## I.    <u>Stipulation</u>

The parties, by and through their respective counsel of record, stipulate pursuant to Fed. R. Civ. P. 41 to the dismissal of all claims by Plaintiff Nancy Gill in this action against Defendants Mike Mansur and Snohomish County, without prejudice and without an award of costs or attorneys' fees to any party. The parties further agree that all remaining claims filed by Plaintiff Nancy Gill against Defendants Michael Magan, Michael Gonzalez and the City of Seattle shall remain.

//

//

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS
SNOHOMISH COUNTY AND MIKE MANSUR - 1
C19-860-MJP

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

DATED this 15th day of October, 2019.

ADAM CORNELL
Snohomish County Prosecuting Attorney

By: _/s/ Katherine H. Bosch_____
MARC O. BIDES, WSBA #40496
KATHERINE H. BOSCH, WSBA #43122
Deputy Prosecuting Attorneys
Attorneys for Defendants Snohomish County
and Mike Mansur

DATED this 14th day of October, 2019.

PETER S. HOLMES
Seattle City Attorney

By: _/s/ Susan Park_____
SUSAN PARK, WSBA #53857
GHAZAL SHARIFI, WSBA #47750
Attorneys for Defendants City of Seattle,
Michael Magan and Michael Gonzalez

DATED this 15th day of October, 2019.

CIVIL RIGHTS JUSTICE CENTER PLLC

By: _/s/ Darryl Parker_____
DARRYL PARKER, WSBA #30770
Attorney for Plaintiff Nancy Gill

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS
SNOHOMISH COUNTY AND MIKE MANSUR -    2
C19-860-MJP

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

## II. Order of Dismissal

Based upon the foregoing stipulation, IT IS SO ORDERED that Plaintiff Nancy Gill's claims in this action against Defendants Snohomish County and Mike Mansur are dismissed without prejudice and without an award of costs or attorney's fees to any party. All further claims filed by Plaintiff Nancy Gill against Defendants City of Seattle, Michael Magan and Michael Gonzalez remain.

Dated this 17th day of October, 2019.

*[signature]*
Marsha J. Pechman
United States District Judge

**Presented by:**

ADAM CORNELL
Snohomish County Prosecuting Attorney

By: _/s/ Katherine H. Bosch_____
MARC O. BIDES, WSBA #40496
KATHERINE H. BOSCH, WSBA #43122
Deputy Prosecuting Attorneys
Attorneys for Defendants Snohomish
County and Mike Mansur

**Approved as to Form & Content:**

PETER S. HOLMES
Seattle City Attorney

By: _/s/ Susan Park_____
SUSAN PARK, WSBA #53857
GHAZAL SHARIFI, WSBA #47750
Attorneys for Defendants City of Seattle,
Michael Magan and Michael Gonzalez

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS
SNOHOMISH COUNTY AND MIKE MANSUR - 3
C19-860-MJP

**SNOHOMISH COUNTY**
**PROSECUTING ATTORNEY - CIVIL DIVISION**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

CIVIL RIGHTS JUSTICE CENTER PLLC

By: _/s/ Darryl Parker_____
DARRYL PARKER, WSBA #30770
Attorney for Plaintiff Nancy Gill

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS
SNOHOMISH COUNTY AND MIKE MANSUR -    4
C19-860-MJP

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333