The Honorable Marsha J. Pechman
Note on Motion Calendar: April 24, 2020

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANCY GILL,<br><br>        Plaintiff,<br><br>  vs.<br><br>MICHAEL MAGAN, MICHAEL GONZALEZ, TIMOTHY RENIHAN AND THE CITY OF SEATTLE,<br><br>        Defendants. | No.  2:19-cv-00860-MJP<br><br>JOINT MOTION TO RECONSIDER PARTIES' STIPULATED MOTION TO AMEND MINUTE ORDER SETTING TRIAL DATES AND RELATED DATES<br><br>Note on Motion Calendar: April 24, 2020 |

   Plaintiff and Defendants, through their undersigned counsel of record, hereby jointly move the Court to reconsider parties' Stipulated Motion to Amend Minute Order Setting Trial Date and Related Dates ("Stipulated Motion") (Dkt. 43) filed April 16, 2020.

   On April 20, 2020, the Court denied parties' Stipulated Motion (Dkt. 44).  In its Order denying parties' Stipulated Motion (Dkt. 44), the Court provided the following guidance: "The Parties are free to submit a revised motion with a more detailed explanation of the reasons why the Court should extend the current deadlines." (Dkt. 44 at 2).  Jointly heeding the Court's guidance, the parties

JOINT MOTION TO RECONSIDER PARTIES' STIPULATED MOTION
TO AMEND MINUTE ORDER SETTING TRIAL DATES AND RELATED
DATES - 1
2:19-cv-00860-MJP

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

respectfully move the Court to reconsider parties' Stipulated Motion. The Court's guidance on additional details for the parties to provide in a resubmittal included the following: "… when the Plaintiff will next be available, who remains to be deposed, or what efforts the Parties have taken to conduct teleconference video depositions." (Dkt. 44 at 2).

Heeding the Court's additional guidance, the Parties elaborate as follows:

- The Plaintiff will be available to physically sit for a deposition on or after August 1, 2020.

- [1]The remaining deponents include: (1) the Plaintiff; (2) Bridget Gill; (3) Sandra Reeves, Licensed Mental Health Counselor ("LMHC"); (4) Cary Shore, Board Certified Family Psychiatric Mental Health Nurse Practitioner; (5) Dr. Jeffrey Pearce; (6) Kelly Meldrum; (7) Katherine Dovinh; (8) Detective Don Waters; (9) Lieutenant Nick Bauer; (10) Sergeant Kevin Aratani; (11) Expert witnesses; (12) Lillya Nesteruk; (13) Eric Barden and (14) Detective Tim Renihan Additionally, Plaintiff's deposition is necessary to determine any additional deponents and expert witness depositions have yet to occur.

- To date, the parties have not taken steps to conduct teleconference video depositions in hopes of conducting more fruitful in-person depositions.

Several unique obstacles, which parties should have elaborated on in their Stipulated Motion, necessitate an extension of existing deadlines.  First, as earlier described, Plaintiff is unable to physically sit for any sort of deposition (whether virtual or in-person) until August 1, 2020 given her recovery from spinal surgery.  Plaintiff anticipates that she will be able to sit for a virtual or in-person deposition on or after August 1, 2020.  During surgery on February 12, 2020, Ms. Gill had a Miami J. Cervical Collar ("Collar")[2] installed on her neck, which she must wear at all times and which she

---

[1] There may be other deponents not contemplated at this time.
[2] Ms. Gill's Collar is shown in the picture below:

JOINT MOTION TO RECONSIDER PARTIES' STIPULATED MOTION
TO AMEND MINUTE ORDER SETTING TRIAL DATES AND RELATED
DATES - 2
2:19-cv-00860-MJP

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

cannot remove.  This device makes it very difficult for Plaintiff to talk and she cannot turn her head. She must wear the Collar until her bones are fused and Ms. Gill's doctor has informed her that this process takes from three to six months.  Ms. Gill is unable to look down and that would be necessary to review documents.  Ms. Gill's neck has no mobility.  Leaving her residence with her asthma during this pandemic is not an option, regardless of the method of deposition.  Additionally, it is very difficult for Ms. Gill to concentrate or focus because of pain and medication (Methocarbamol) to relax her muscles and relieve pain.  The Methocarbamol medication also prohibits Ms. Gill from driving.

Second, given Plaintiff's claims of physical injury and depending on her claimed damages at her deposition, Plaintiff may need an independent medical exam ("IME") following her deposition. However, the very real threat of contracting or transmitting COVID-19 in medical settings, including that of an IME conducted by a medical professional, is a factor warranting an extension of existing deadlines.  Further, an IME would require close physical contact between the Plaintiff and a medical professional in contravention of social distancing directives still in place with no definitive end date.

The parties agree that a four-month extension of all deadlines will allow the parties to conduct Plaintiff's deposition and an IME without jeopardizing Plaintiff's health/medical recovery or the health of others. This proposed extension of the existing deadlines in the case schedule will not affect



JOINT MOTION TO RECONSIDER PARTIES' STIPULATED MOTION TO AMEND MINUTE ORDER SETTING TRIAL DATES AND RELATED DATES - 3
2:19-cv-00860-MJP

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

any other deadlines already passed and is not intended for a dilatory purpose.

The parties propose the following amended case schedule:

| JURY TRIAL DATE | April 19, 2021 at 9:00 a.m. |
|---|---|
| Reports from Expert Witness under FRCP 26(a)(2) due | September 18, 2020 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (CR7(d)) | October 16, 2020 |
| Discovery completed by | November 20, 2020 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (See CR7(d)) | December 17, 2020 |
| All motions in limine must be filed and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference | March 11, 2021 |
| Agreed pretrial order due | April 5, 2021 |
| Trial briefs, proposed voir dire questions, proposed jury instructions | April 5, 2021 |
| Pretrial Conference | April 7, 2021 at 1:30 PM |
| LENGTH OF JURY TRIAL | 4 DAYS |

For the foregoing reasons, the parties respectfully request that the Court reconsider parties' Stipulation Motion and grant an extension of four months of all remaining deadlines.

DATED this 24th day of April, 2020.

PETER S. HOLMES
Seattle City Attorney


By:   */s/ Susan Park*
Susan Park, WSBA# 53857
Ghazal Sharifi, WSBA# 47750
Assistant City Attorneys

JOINT MOTION TO RECONSIDER PARTIES' STIPULATED MOTION
TO AMEND MINUTE ORDER SETTING TRIAL DATES AND RELATED
DATES - 4
2:19-cv-00860-MJP

E-Mail:  Susan.Park@seattle.gov
E-Mail:  Ghazal.Sharifi@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone:  (206) 684-8200

*Attorneys for Defendants City of Seattle, Michael Magan,
Michael Gonzalez and Timothy Renihan*

*/s/ Darryl Parker*_____
Darryl Parker, WSBA# 30770
Civil Rights Justice Center, PLLC
2150 N. 107th Street, Suite 520
Seattle, WA 98133

*Attorney for Plaintiff, Nancy Gill*


# ORDER

THIS MATTER having come before the Court and the Court having considered the Motion, now, therefore:

IT IS ORDERED THAT the case scheduling order is modified as set forth above.


DATED this 24th day of April, 2020


Marsha J. Pechman
United States District Judge


JOINT MOTION TO RECONSIDER PARTIES' STIPULATED MOTION
TO AMEND MINUTE ORDER SETTING TRIAL DATES AND RELATED
DATES - 5
2:19-cv-00860-MJP

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200