The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NANCY GILL, | ) |
| | ) Case No. 2:19-cv-00860-MJP |
| Plaintiff, | ) |
| | ) DECLARATION OF DARRYL PARKER IN |
| vs. | ) SUPPORT OF PLAINTIFF'S MOTION FOR |
| | ) ORDER |
| MICHAEL MAGAN, MICHAEL GONZALEZ, | ) |
| TIMOTHY RENIHAN, CITY OF SEATTLE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

I, Darryl Parker, declare:

1. I am an active member of the Washington State Bar and am admitted to practice before this court. I am the founder of the law firm of Civil Rights Justice Center, PLLC, and am counsel of record for plaintiff Nancy Gill herein. I submit this declaration in support of plaintiff's Motion for Order requesting King County Correctional Facility inmate call records. I have personal knowledge of the following facts.

2. On August 25, 2020, I sent a formal public records request to King County using my online Public Records System account, requesting the phone call records for King County

DECLARATION OF DARRYL PARKER IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER- 1
Case No. 2:19-cv-00860-MJP

**Civil Rights Justice Center** PLLC
2150 North 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

Correctional Facility inmate Steven Fisher, including the name, phone number, and address of each person Mr. Fisher called.

3. On August 27, 2020, I received a phone call from Michael Vernon with the Department of Adult and Juvenile Detention for King County to discuss the public records request. I then received a follow-up email at 11:04 a.m. from Mr. Vernon stating that they were in receipt of the public records request and were responding to it on behalf of the King County Executive Branch per King County Code 2.12.005 and 2.12.230(B), assigning the request tracking number I000134-082520. The email proceeded to state that, pursuant to RCW 70.48.100, they could not release inmate records, including booking photos, to anyone other than the inmate, their attorney or to a law enforcement agency, and in order to release the requested records they needed a court order signed by a judge.

4. The call records of inmate Steven Fisher from King County Correctional Facility, and any contact information for all persons Mr. Fisher made calls to, are pertinent. Defendants were listening to the calls Mr. Fisher made while at King County Correctional Facility, so the call records of Mr. Fisher will address the issue as to what personal contact information, including his home address, Mr. Fisher gave to the jail staff and Defendants, as well as the issue of what address the jail actually had for Mr. Fisher in its records prior to defendants executing a search warrant on Plaintiff's home. The call records of Mr. Fisher will further give details of any information Defendants learned by listening to Mr. Fisher's phone calls prior to executing the search warrant on Plaintiff, including any mentions Mr. Fisher or the caller on the other end made about where Mr. Fisher and his mother were living.

DECLARATION OF DARRYL PARKER IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER- 2
Case No. 2:19-cv-00860-MJP

**Civil Rights Justice Center** PLLC
2150 North 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed this 9th day of September, 2020 at Seattle, Washington.

_____
Darryl Parker

DECLARATION OF DARRYL PARKER IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER- 3
Case No. 2:19-cv-00860-MJP

**Civil Rights Justice Center PLLC**
2150 North 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

**CERTIFICATE OF SERVICE**

I, Paulina Andrews, under penalty of perjury under the laws of the State of Washington, declare as follows:

I am a legal assistant at the Civil Rights Justice Center, PLLC, and am over the age of 18. On the date in the manner indicated below, I caused the foregoing DECLARATION OF DARRYL PARKER IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER and this CERTIFICATE OF SERVICE to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of the filing to all counsel of record.

DATED this 9th day of September, 2020, at Seattle, Washington.

*s/ Paulina Andrews*_____
**Paulina Andrews,** Legal Assistant

DECLARATION OF DARRYL PARKER IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER- 4
Case No. 2:19-cv-00860-MJP

**Civil Rights Justice Center** PLLC
2150 North 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183