The Honorable Marsha J. Pechman
Noting Date: September 25, 2020

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

NANCY GILL,

          Plaintiff,

vs.

MICHAEL MAGAN, MICHAEL GONZALEZ, TIMOTHY RENIHAN AND THE CITY OF SEATTLE,

          Defendants.

No.   2:19-cv-00860-MJP

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ORDER REQUIRING KING COUNTY CORRECTIONAL FACILITY TO RELEASE INMATE RECORDS

Noting Date: September 25, 2020

Defendants Michael Magan, Michael Gonzalez, Timothy Renihan and the City of Seattle ("Defendants"), by and through their attorneys of record, respond to Plaintiff's Motion for Order Requiring King County Correctional Facility to Release Inmate Records ("Plaintiff's Motion").

Defendants do not agree with the relevance or admissibility of the records sought in Plaintiff's

///

///

///

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ORDER REQUIRING KING COUNTY CORRECTIONAL FACILITY TO RELEASE INMATE RECORDS - 1
2:19-cv-00860-MJP

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1  Motion. However, Defendants do not oppose Plaintiff's Motion. Further, Defendants do not waive

2  the ability to challenge relevance or admissibility in the future.

4    DATED this 21st day of September, 2020.

5          PETER S. HOLMES
      Seattle City Attorney

7        By:  *s/ Susan Park*
      Susan Park, WSBA# 53857
8          Ghazal Sharifi, WSBA# 47750
      Assistant City Attorneys

      E-Mail:  Susan.Park@seattle.gov
10         E-Mail:  Ghazal.Sharifi@seattle.gov

11         Seattle City Attorney's Office
      701 Fifth Avenue, Suite 2050
12         Seattle, WA 98104
      Phone:  (206) 684-8200

      *Attorneys for Defendants City of Seattle, Michael Magan,*
14         *Michael Gonzalez and Timothy Renihan*

---

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ORDER REQUIRING KING COUNTY CORRECTIONAL FACILITY TO RELEASE INMATE RECORDS - 2
2:19-cv-00860-MJP

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Darryl Parker, WSBA# 30770<br>Civil Rights Justice Center, PLLC<br>2150 N. 107th Street, Suite 520<br>Seattle, WA 98133<br><br>*[Attorney for Plaintiff]* | ( x )  Via Email<br>DParker@civilrightsjusticecenter.com<br>jhenderson@civilrightsjusticecenter.com<br>kbasu@civilrightsjusticecenter.com<br>adiaz@civilrightsjusticecenter.com<br>pandrews@civilrightsjusticecenter.com |
|---|---|

  *s/ Jennifer Litfin*_____
  Jennifer Litfin, Paralegal

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ORDER REQUIRING KING COUNTY CORRECTIONAL FACILITY TO RELEASE INMATE RECORDS - 3
2:19-cv-00860-MJP

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200