The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NANCY GILL,<br><br>                Plaintiff,<br><br>   vs.<br><br>MICHAEL MAGAN, MICHAEL GONZALEZ, TIMOTHY RENIHAN, CITY OF SEATTLE,<br><br>                Defendants. | Case No. 2:19-cv-00860-MJP<br><br>ORDER REQUIRING KING COUNTY CORRECTIONAL FACILITY TO RELEASE INMATE RECORDS |

Plaintiff Nancy Gill has filed a motion requesting an order requiring King County Correctional Facility ("KCCF") to release the call records of inmate Steven Fisher during the month of August 2017 and the name, phone number, address, and all other contact information for each person Mr. Fisher called except for his attorneys. In addition, King County is to produce all information it has on Steven Fisher, including all of the address and phone numbers he used or was provided to the jail.

///

///

[PROPOSED] ORDER REQUIRING KING COUNTY CORRECTIONAL FACILITY TO RELEASE INMATE RECORDS - 1
CASE No. 2:19-cv-00860-MJP

Civil Rights Justice Center, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

The Court having considered the materials filed in support of the motion for King County to produce records relating to Steven Fisher and any materials filed in opposition to the motion, IT IS HEREBY ORDERED:

King County Correctional Facility ("KCCF") to release the call records of inmate Steven Fisher during the month of August 2017 and the name, phone number, address, and all other contact information for each person Mr. Fisher called except his attorneys. In addition, King County is to produce all information it has on Steven Fisher, including all of the address and phone numbers Mr. Fisher used or was provided to the jail.

Dated this 22nd day of September, 2020.

_____
Marsha J. Pechman
United States Senior District Judge

**PRESENTED BY:**

CIVIL RIGHTS JUSTICE CENTER, PLLC

*s/ Darryl Parker*_____
**Darryl Parker,** WSBA #30770
*Attorney for Plaintiff*

[PROPOSED] ORDER REQUIRING KING COUNTY CORRECTIONAL FACILITY TO RELEASE INMATE RECORDS - 2
Case No. 2:19-cv-00860-MJP

Civil Rights Justice Center, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

**CERTIFICATE OF SERVICE**

I, Paulina Andrews, under penalty of perjury under the laws of the State of Washington, declare as follows:

I am a legal assistant at the Civil Rights Justice Center, PLLC, and am over the age of 18. On the date in the manner indicated below, I caused the foregoing [PROPOSED] ORDER REQUIRING KING COUNTY CORRECTIONAL FACILITY TO RELEASE INMATE RECORDS and this CERTIFICATE OF SERVICE to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of the filing to all counsel of record.

DATED this 9th day of September, 2020, at Seattle, Washington.

*s/ Paulina Andrews*_____
**Paulina Andrews,** Legal Assistant

[PROPOSED] ORDER REQUIRING KING COUNTY CORRECTIONAL FACILITY TO RELEASE INMATE RECORDS - 3
CASE NO. 2:19-cv-00860-MJP

Civil Rights Justice Center, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183