The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

NANCY GILL,

    Plaintiff,

vs.

MICHAEL MAGAN, MICHAEL GONZALEZ, TIMOTHY RENIHAN AND THE CITY OF SEATTLE,

    Defendants.

No.   2:19-cv-00860-MJP

DECLARATION OF DETECTIVE MICHAEL MAGAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Detective Michael Magan, hereby declare as follows:

1. I am over the age of eighteen and am competent to testify.

2. Attached hereto as **Exhibit A** (and identified as Bates range SEA000521 – SEA000535) is a true and correct copy of the King County Superior Court search warrant (No. 17-934 SW) issued by Judge Dean Lum, which includes my affidavit for the search warrant.

3. Attached hereto as **Exhibit B** (and identified as Bates range SEA001272) is a true and correct copy of the Department of Licensing ("DOL") search that I conducted of the name "Steven Fisher".

DECLARATION OF DETECTIVE MICHAEL MAGAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 1
2:19-cv-00860-MJP

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

4. Attached hereto as **Exhibit C** (and identified as Bates range SEA001097 – SEA001098) is a true and correct copy of Steven Fisher's driver license.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 14TH day of December, 2020.

_____
Detective Michael Magan

DECLARATION OF DETECTIVE MICHAEL MAGAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 2
2:19-cv-00860-MJP

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200