The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

NANCY GILL,

    Plaintiff,

vs.

MICHAEL MAGAN, MICHAEL GONZALEZ, TIMOTHY RENIHAN AND THE CITY OF SEATTLE,

    Defendants.

No. 2:19-cv-00860-MJP

DECLARATION OF DETECTIVE MICHAEL MAGAN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, DETECTIVE MICHAEL MAGAN, being familiar with the facts set forth herein based on my personal knowledge, and being competent to testify, hereby declare under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen and am competent to testify.

2. Attached hereto as **Exhibit A** (and identified as Bates range SEA001423 – SEA001426) is a true and correct copy of Steven Fisher's Superform. The address written underneath the lines titled "RESIDENCE LAST KNOWN ADDRESS" is "3-119th Dr SE Lake Stevens". A

DECLARATION OF SUSAN PARK IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 1
2:19-cv-00860-MJP

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

superform is a jail-related form that is generated by an arresting officer from information provided by the arrestee. The "DATE OF ARREST" line on this Superform reads "August 19, 2017."

3. I relied on the "3-119th Dr SE Lake Stevens" address listed underneath the lines titled "RESIDENCE LAST KNOWN ADDRESS" on Steven Fisher's Superform when I drafted my search warrant affidavit.

4. Section 6.010-PRO-1 5.a of the Seattle Police Department ("SPD") Manual reads as follows: "For booking, [officer reporting the arrest] also completes a Superform." The URL link to this section of the SPD Manual is https://www.seattle.gov/police-manual/title-6---arrests-search-and-seizure/6010---arrests

5. Section 11.040-POL 1 of the SPD Manual reads as follows: "Officers will Complete an Electronic Superform (Ingress/E-Superform) for all Adult Bookings into the King County Jail and the Regional Justice Center. The URL link to this section of the SPD Manual is https://www.seattle.gov/police-manual/title-11---detainee-management/11040-%E2%80%93-booking-adult-detainees-into-a-detention-facility

6. My affidavit for the search warrant was previously attached as Exhibit A (and identified as Bates range SEA000521 – SEA000535) to my declaration in support of Defendants' Motion for Summary Judgment (Dkt. 56-1).

7. In my affidavit for the search warrant, I had attested, in part, as follows: "[H]e [Fisher] admitted he lives with his mother at 3 119th Avenue Drive SE in Lake Stevens, Washington. Th[is] is the same address on his driver's license and **the same address he provided to the King County Jail at booking**". (emphasis added). I relied on the "3-119th Dr SE Lake Stevens" address listed underneath the lines titled "RESIDENCE LAST KNOWN ADDRESS" on Steven Fisher's Superform when I drafted the line "… the same address he provided to the King County Jail at

DECLARATION OF SUSAN PARK IN SUPPORT OF REPLY
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 2
2:19-cv-00860-MJP

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

booking" in my search warrant affidavit and I believe that statement was, and remains, accurate and truthful.

DATED this 15TH day of January, 2021.

By: _____
Michael Magan

DECLARATION OF SUSAN PARK IN SUPPORT OF REPLY
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 3
2:19-cv-00860-MJP

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200