UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NANCY GILL,

                    Plaintiff,

          v.

MICHAEL MAGAN, et al.,

                    Defendants.

CASE NO. C19-860 MJP

MINUTE ORDER

          The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

          Plaintiff filed materials under seal (Dkt. No. 64-2) without complying with Local Rule 5(g). The Court ORDERS Plaintiff to file a Motion to Seal in full compliance with Local Rule 5(g) by no later than March 4, 2021 or the Court shall unseal the records filed improperly under seal.

          The clerk is ordered to provide copies of this order to all counsel.

          Filed March 1, 2021.

MINUTE ORDER - 1

1

William M. McCool
Clerk of Court

2

3

s/Paula McNabb
Deputy Clerk

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER - 2