The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NANCY GILL, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL MAGAN, TIMOTHY RENIHAN, CITY OF SEATTLE <br><br> Defendants. | Case No. 2:19-cv-00860-MJP <br><br> STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR FILING PRETRIAL SUBMISSIONS TO THURSDAY, APRIL 8, 2021 <br><br> **Note on Motion Calendar**: April 5, 2021 |

The parties in this case have conferred with each other regarding this motion and jointly request that the Court extend the April 5, 2021 deadline for filing the parties' agreed pretrial order, trial briefs, proposed voir dire questions, proposed jury instructions, proposed sorting questions, and joint neutral statement of the case, to Thursday, April 8, 2021.

In light of the pretrial conference date being pushed to next week by the Court, the parties seek additional time to reach agreement on several disputed points in the pretrial submissions. The parties have been trying to agree on as many exhibits and instructions as they can, and additional time will allow the parties to have further discussion and perhaps reach agreement on the admissibility of more exhibits.

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR FILING PRETRIAL SUBMISSIONS TO THURSDAY, APRIL 8, 2021 - 1
Case No. 2:19-cv-00860-MJP

**Civil Rights Justice Center, PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

STIPULATED AND AGREED TO this 5th day of April, 2021.

Civil Rights Justice Center, PLLC

*s/ Darryl Parker*
**Darryl, Parker**, WSBA #30770
Attorney for Plaintiff Nancy Gill

Seattle City Attorney's Office

/s/ Susan Park
**Susan Park**, WSBA #53857
**Rebecca Widen**, WSBA #57339
**Ghazal Sharifi**, WSBA #47750
Attorneys for Defendants City of Seattle, Michael Magan, and Timothy Renihan

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE
FOR FILING PRETRIAL SUBMISSIONS TO THURSDAY, APRIL 8,
2021 - 2
CASE NO. 2:19-cv-00860-MJP

**Civil Rights Justice Center, PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

**ORDER**

THIS MATTER having come before the court on the foregoing Stipulation, and the Court having considered the Stipulation, and good cause appearing, now, therefore:

IT IS ORDERED THAT the deadline for filing the parties' agreed pretrial order, trial briefs, proposed voir dire questions, proposed jury instructions, proposed sorting questions, and joint neutral statement of the case is extended to Thursday, April 8, 2021.

Dated this 6th day of April, 2021.

*[signature]*

The Honorable Marsha Pechman
United States Senior District Judge

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR FILING PRETRIAL SUBMISSIONS TO THURSDAY, APRIL 8, 2021 - 3
CASE NO. 2:19-cv-00860-MJP

Civil Rights Justice Center, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183