The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NANCY GILL,

                  Plaintiff,

    vs.

MICHAEL MAGAN, TIMOTHY RENIHAN
AND THE CITY OF SEATTLE,

                  Defendants.

No.    2:19-cv-00860-MJP

JOINT NEUTRAL STATEMENT OF THE CASE

The Plaintiff and Defendants propose the following neutral statement of the case:

**NEUTRAL STATEMENT OF THE CASE**

This case is about a search warrant that Seattle police detectives executed on a house in Lake Stevens, Washington on August 22, 2017. Seattle Detectives Michael Magan and Timothy Renihan, the defendants in this case, had days before arrested a man named Steven Fisher who was being held in custody.

JOINT NEUTRAL STATEMENT OF THE CASE- 1
2:19-cv-00860-MJP

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

On August 21, 2017, Detective Magan applied to a judge for a search warrant for Fisher's briefcase, his car, and the residence address listed on his driver's license, which was 3 119th Drive SE in Lake Stevens, Washington.  The judge issued a search warrant.

The plaintiff in this case, Nancy Gill, had purchased the residence located at 3 119th Drive SE on May 18, 2017.  Ms. Gill had no connection of any kind to Fisher.

At 1:30 p.m. on August 22, 2017, several Seattle police officers arrived at the residence located at 3 119th Drive SE to execute the search warrant.  Ms. Gill was in the residence during the execution of the search warrant. What occurred during the search warrant execution and the facts leading up to it are disputed.

Ms. Gill has filed this lawsuit claiming that defendant detective Magan obtained the search warrant by recklessly misleading the issuing judge and by failing to provide the judge with material information about Fisher.

Ms. Gill also claims that defendant detectives Magan and Renihan had a reasonable opportunity to call off the search of her home after learning additional material information but failed to do so.  She also alleges that she was unlawfully seized during the incident.

Lastly Ms. Gill claims that detectives Magan and Renihan and the City of Seattle were negligent. Detectives Magan and Renihan, and the City of Seattle, deny these claims. They also assert that Ms. Gill acted negligently and failed to mitigate her damages.

DATED this 21st day of April, 2021.

CIVIL RIGHTS JUSTICE CENTER, PLLC


_s/ Darryl Parker_____
**Darryl Parker**, WSBA No. 30770
*Attorney for Plaintiff*

JOINT NEUTRAL STATEMENT OF THE CASE- 2
2:19-cv-00860-MJP

PETER S. HOLMES
Seattle City Attorney

By:   /s/ Susan Park
Susan Park, WSBA# 53857
Ghazal Sharifi, WSBA# 47750
Rebecca Widen, WSBA# 53857
Assistant City Attorneys

E-Mail:  Susan.Park@seattle.gov
E-Mail:  Ghazal.Sharifi@seattle.gov
E-Mail:  Rebecca.Widen@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone:  (206) 684-8200

*Attorneys for Defendants City of Seattle, Michael Magan, and Timothy Renihan*

JOINT NEUTRAL STATEMENT OF THE CASE- 3
2:19-cv-00860-MJP