The Honorable Marsha J. Pechman

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NANCY GILL,                                   )
                                              )   Case No. 2:19-cv-00860-MJP
                    Plaintiff,                )
                                              )   Joint Pretrial Order
        vs.                                   )
                                              )
MICHAEL MAGAN, et al.,                        )
                                              )
                    Defendants.               )
                                              )

16      Pursuant to Local Civil Rule 16(h), plaintiff presents the following pretrial statement,

17  served on all other parties at least 30 days prior to the due date of the proposed pretrial order.

18                              **I.     JURISDICTION**

19      Jurisdiction is vested in this Court by virtue of 28 U.S.C. § 1331 (federal question

20  jurisdiction) and 28 U.S.C. § 1367 (supplemental jurisdiction). Therefore, subject matter

21  jurisdiction is proper under federal law.

22                        **II.     CLAIMS AND DEFENSES**

23  **Plaintiff Nancy Gill asserts the following claims at trial:**

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

1.  Judicial deception resulting in an unreasonable search in violation of the Fourth Amendment, brought under 42 U.S.C. § 1983 against defendant Michael Magan.

2.  Unreasonable seizure in violation of the Fourth Amendment, brought under 42 U.S.C. § 1983 against defendants Michael Magan, and Timothy Renihan.

3.  Failure to prevent, brought under 42 U.S.C. § 1983 against defendant Timothy Renihan and Magan.

4.  Negligence claim brought under Washington state law against all defendants.

5.  False arrest and imprisonment claim brought under Washington state law against all defendants.

6.  Unlawful search claim brought under Washington state law against all defendants.

7.  Battery claim brought under Washington state law against all defendants.

8.  *Respondeat Superior* claim brought under Washington state law for tort liability against defendant City of Seattle.

**Defendants assert the Plaintiff's remaining claims for trial are as follows:**

1.  Judicial deception resulting in an unreasonable search and seizure in violation of the Fourth Amendment, brought under 42 U.S.C. § 1983 against defendant Michael Magan.

2.  Failure to intervene, brought under 42 U.S.C. § 1983 against defendant Timothy Renihan.

3.  Negligence claim brought under Washington state law against Defendants Michael Magan and Timothy Renihan.

4.  False arrest claim brought under Washington state law against Defendant Michael Magan.

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

5.   Battery claim brought under Washington state law against Defendant Michael Magan.

6.   *Respondeat Superior* claim

**Defendants will pursue affirmative defenses and/or claims**:

1.   Qualified Immunity

2.   State Qualified Immunity

3.   Failure to mitigate damages

4.   Contributory negligence

### RELEVANT FACTS AGREED UPON BY BOTH PARTIES

1.   Steven Fisher was arrested on August 19, 2017.

2.   On August 21, 2017, Detective Magan interviewed Steven Fisher with another detective. The interview was recorded on video.

3.   A Driver and Plate Search for a vehicle registered to Steven Fisher showed a February 22, 2017 address update of "3 119TH DR SE LAKE STEVENS, WA 98258 Lake Stevens, WA".

4.   A search on the Accurint/Lexis database of the address "3 119 DR SE LAKE STEVENS WA 98258" showed Steven Fisher as a resident for the date range "2003 – Aug 2017".

5.   Steven Fisher's driver's license showed the address of "3 119TH DR SE LAKE STEVENS, WA 98258".

6.   Detective Magan applied for and obtained a search warrant signed by Judge Dean Lum of King County Superior Court on August 21, 2017 to search the following: (1) Fisher's residence at 3 119th Dr. SE, Lake Stevens, WA 98258; (2) Fisher's Mini Cooper stored at the SPD Processing Room; and (3) a brown leather briefcase stored at the SPD Evidence Room.

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

7.     As to the address of the search warrant, Detective Magan attested to the following information in his accompanying affidavit: "[H]e [Fisher] admitted he lives with his mother at 3 119th Avenue Drive SE in Lake Stevens, Washington.  Th[is] is the same address on his driver's license and the same address he provided to the King County Jail at booking."

8.     On August 22, 2017, SPD detectives and officers, accompanied by the Snohomish County Sheriff's Office and the FBI, arrived at the Lake Stevens address to execute the search warrant.

9.     An SPD officer knocked and announced at the front door of 3 119th Avenue Drive SE in Lake Stevens, Washington.

### III.     ISSUES OF LAW

**The following are issues of law to be determined by the Court:**

1.     Whether Plaintiff presents sufficient evidence to support a jury verdict on each of her existing claims.

2.     Whether the Defendants present sufficient evidence to support a jury verdict on each of their affirmative defenses, including qualified immunity.

3.     Whether a jury should be permitted to consider whether plaintiff is entitled to an award of punitive damages.

4.     If plaintiff prevails, whether plaintiff is entitled to an award of costs and attorney's fees, and if so, the amount.

5.     The evidentiary issues presented by the parties.

6.     The jury instructions and verdict form.

### IV.     EXPERT WITNESSES

(a) Each party shall be limited _____ expert witness(es) on the issues of _____.

JOINT PRETRIAL ORDER - 4
CASE NO. 2:19-CV-00860-MJP

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

(b) The name(s) and address of the expert witness(es) to be used by each party at the trial

and the issues upon which each will testify is:

**(1) On behalf of plaintiff;**

| Name and Address | Expected Testimony |
|---|---|
| **Gregory G. Gilbertson**<br>4722 Snow Grass Place NE<br>Olympia, WA 98516-6258 | Professor Gilbertson is a retained expert and will testify to the matters set out in his report, including but not limited to acceptable police officer standards and practices for criminal investigations and search warrant service.<br>**Will testify.** |
| **Matthew Jakupcak, PhD**<br>1240 Jackson Street<br>Missoula, MT 59802 | Dr. Jakupcak is a retained expert and will testify to the matters set out in his report, including but not limited to the nature and extent of plaintiff's injury, causation, and damages.<br>**Will testify.** |
| **Randall Karstetter**<br>30605 164th Ave SE<br>Auburn, WA 98092 | Mr. Karstetter is a retained expert and will testify to the matters set out in his report, including but not limited to cell phone forensics, data taken from plaintiff's cell phone, and use of investigative databases.<br>**Agree to withdraw per 4/21/21 email.** |
| **Sandra Reeves, LMHC**<br>127 E Intercity Ave<br>Everett, WA 98208 | Ms. Reeves is expected to testify concerning plaintiff's mental health and condition following the forced entry into her home on August 22, 2017. She may testify to the nature and extent of plaintiff's injury, causation, and damages.<br>**Will testify.** |
| **Suzanne M. Snyder, MA, LMHC**<br>16300 Mill Creek Blvd, Suite 119<br>Mill Creek, WA 98012 | Ms. Snyder is expected to testify concerning plaintiff's mental health and condition following the forced entry into her home on August 22, 2017. She may testify to the nature and extent of plaintiff's injury, causation, and damages.<br>**Possible witness only.** |
| **Carly Shore, DNP, ARNP, PMHNP-BC**<br>Mindful Therapy Group<br>320 NE 96th Street, Suite A<br>Seattle, WA 98115 | Ms. Shore is expected to testify concerning plaintiff's mental health and condition following the forced entry into her home on August 22, 2017. She may testify to the nature and extent of plaintiff's injury, causation, and damages.<br>**Will testify.** |
| **Robert Maxwell**<br>Senior Claims Adjuster<br>PEMCO Mutual Insurance Company | Mr. Maxwell is expected to testify concerning the physical damage done to plaintiff's house during the forced entry on August 22, 2017, and the costs of repair. |

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

| Pending address information 425-712-7736 | He may testify to the nature and extent of plaintiff's economic damages. **Will testify.** |
| **Adam Rowe** Bear Creek Construction 4208 80th Street NE Marysville, WA 98270 | Mr. Rowe is expected to testify concerning the physical damage done to plaintiff's house during the forced entry on August 22, 2017, and the costs of repair. He may testify to the nature and extent of plaintiff's economic damages. **Will testify.** |
| **Mary Ong** ReMax Northwest Realtors 1909 219th Street SE, #205 Bothell, WA 98021 | Ms. Ong is expected to testify concerning the purchase of plaintiff's house in May 2017 from Evolve 119th LLC as well as the nature and extent of plaintiff's economic damages. **Possible witness only.** |
| **Chris Studioso** Mortgage Capital Associates, Inc. 4610 200th Street SW, Suite D Lynnwood, WA 98036 | Mr. Studioso is expected to testify concerning the purchase of plaintiff's house in May 2017 from Evolve 119th LLC. **Possible witness only.** |
| **Brandon Mauer** On Point Home Inspections 4404 142nd Dr NE, Lake Stevens, WA 98258 206-486-0340 | Mr. Mauer is expected to testify concerning the condition of plaintiff's house prior to the forced entry on August 22, 2017. He may testify to the nature and extent of plaintiff's economic damages. **Possible witness only.** |
| **Vitaliy Voytovich** Pending address information 206-979-0708 | Mr. Voytovich is expected to testify concerning the condition of plaintiff's house prior to the forced entry on August 22, 2017. He may testify to the nature and extent of plaintiff's economic damages. **Possible witness only.** |

(2) **On behalf of defendant:**

| Name and Address | Expected Testimony |
| --- | --- |
| Allan Muchmore Muchmore Consulting, LLC c/o Seattle City Attorney's Office 701 Fifth Avenue, Suite 2050 Seattle, WA 98104 | Defendants will call Allan Muchmore of Muchmore Consulting to testify about his forensic examination of a cellular phone belonging to Nancy Gill and the contents therein. **Agree to withdraw per 4/21/21 email.** |
| Dr. Jennifer Piel c/o Seattle City Attorney's Office 701 Fifth Avenue, Suite 2050 Seattle, WA 98104 | Defendants will call Dr. Jennifer Piel as an expert witness to testify about the contents of her report. |
| Dr. Diana Kraemer c/o Seattle City Attorney's Office | Defendants will call Dr. Diana Kraemer as an expert witness to testify about the contents of her report. |

JOINT PRETRIAL ORDER - 6
CASE NO. 2:19-CV-00860-MJP

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

| | |
|---|---|
| 701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104 | |

Plaintiff reserves the right to call any witness listed by Defendants.  Defendants reserve the right to call any witness listed by Plaintiff.

## V.     NON-EXPERT WITNESSES

**The names and addresses of witnesses, other than experts, to be used by plaintiff at the time of trial and the general nature of the testimony of each are:**

| Name and Address | Expected Testimony |
|---|---|
| **Nancy Gill**<br>c/o Civil Rights Justice Center, PLLC<br>2150 North 107th Street, Suite 520<br>Seattle, WA 98133 | Ms. Nancy Gill will testify concerning her purchase of the Lake Stevens property in May 2017, her interaction with defendant officers on August 22, 2017, and the ways in which the incident has impacted her life. She will provide testimony regarding her injuries and her emotional, physical, and economic damages.<br>**Will testify.** |
| **John Carl**<br>PO Box 611, Lake Stevens, WA 98258<br>425-559-8808 | Mr. Carl is a landscaper who was present in the cul-de-sac where plaintiff's residence is located on August 22, 2017. He may testify concerning the events he witnessed at plaintiff's house on that date.<br>**Possible witness only.** |
| **Ky DeWald**<br>2275 116th Ave NE, Ste. 300<br>Bellevue, WA 98004 | Mr. DeWald is a listing agent for Evolve 119th LLC. He may testify concerning the purchase and sale of plaintiff's Lake Stevens property in 2017.<br>**Possible witness only.** |
| **Katherine Dovinh**<br>4610 200th Street SW, Ste. H<br>Lynnwood, WA 98036 | Ms. Dovinh may testify concerning plaintiff's physical and mental health conditions and related damages.<br>**Will testify.** |
| **Bridget Gill**<br>210 Rhodora Heights RD<br>Lake Stevens, WA 98258 | Ms. Bridget Gill will testify concerning plaintiff's purchase of the Lake Stevens property in May 2017 and her observations and interactions with plaintiff both before and after the forced entry on August 22, 2017. She will provide testimony regarding plaintiff's physical and emotional damages.<br>**Will testify.** |
| **Dominic Herrick**<br>State Farm Insurance<br>1210 2nd Street<br>Marysville, WA 98270 | Mr. Herrick is plaintiff's former employer. He may testify concerning his communications with plaintiff on and after August 22, 2017.<br>**Possible witness only.** |

CIVIL RIGHTS JUSTICE CENTER, PLLC<br>2150 N 107th Street, Suite 520<br>Seattle, Washington 98133<br>(206) 557-7719 / Fax: (206) 659-0183

| | |
|---|---|
| **Darren Hopper**<br>Sea Mountain Insurance<br>19630 76th Ave W<br>Lynnwood, WA 98036 | Mr. Hopper may testify concerning plaintiff's economic damages.<br>**Possible witness only.** |
| **MacKenzie Honeycutt**<br>8411 192nd Street SW<br>Edmonds, WA 98026 | Ms. Honeycutt may testify concerning her interactions with plaintiff following the forced entry on August 22, 2017.<br>**Will testify.** |
| **Deborah Oswald**<br>Pending address information<br>425-443-0221 | Ms. Oswald may testify concerning her communications with plaintiff and the 9-1-1 dispatcher on August 22, 2017.<br>**Will testify.** |
| **Hiram Sachs**<br>3920 Stone Way N, #309<br>Seattle, WA 98103 | Mr. Sachs may testify concerning the bruising he noticed on plaintiff's arms following the forced entry on August 22, 2017.<br>**Will testify.** |
| **James R. Shute**<br>Capture Reality LLC<br>2275 116th Ave NE, Ste. 300<br>Bellevue, WA 98004 | Mr. Shute may testify concerning plaintiff's economic damages.<br>**Possible witness only.** |
| **Melinda Spear**<br>19 119th Dr SE<br>Lake Stevens, WA 98258 | Ms. Spear is plaintiff's neighbor. She may testify concerning the events she witnessed at plaintiff's house on August 22, 2017.<br>**Possible witness only.** |
| **Justin Williams**<br>218 Main Street, #549<br>Kirkland, WA 98033 | Mr. Williams owned Evolve 119th LLC and previously owned plaintiff's Lake Stevens property. He may testify concerning the purchase and sale of plaintiff's property in 2017.<br>**Possible witness only.** |
| **Shelley Wingert**<br>Wingert Financial Services<br>16300 Mill Creek Blvd, #122<br>Mill Creek, WA 98012 | Ms. Wingert may testify concerning plaintiff's economic damages.<br>**Possible witness only.** |
| **Officer William Anderson**<br>c/o Susan Park, Ghazal Sharifi<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104 | Non-party adverse witness. He may testify concerning the entry and search of plaintiff's residence on August 22, 2017.<br>**Possible witness only.** |
| **Lt. Eric Barden**<br>c/o Susan Park, Ghazal Sharifi<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104 | Non-party adverse witness. He may testify concerning his relationship with plaintiff and communications with her before and on August 22, 2017.<br>**Possible witness only.** |
| **Det. Shandy Cobane**<br>c/o Susan Park, Ghazal Sharifi | Non-party adverse witness. He may testify concerning the interview of Steven Fisher on August 21, 2017. |

CIVIL RIGHTS JUSTICE CENTER, PLLC<br>2150 N 107th Street, Suite 520<br>Seattle, Washington 98133<br>(206) 557-7719 / Fax: (206) 659-0183

| | |
|---|---|
| Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104 | **Will testify.** |
| **Regan Moffat-Marti**<br>c/o Susan Park, Ghazal Sharifi<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104 | Non-party adverse witness. She may testify concerning her research into plaintiff's residence following the search and typical research and residence verification practices for the SPD Robbery Unit.<br>**Will testify.** |
| **Det. Michael Magan**<br>c/o Susan Park, Ghazal Sharifi<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104 | Adverse witness. He may testify concerning the SPD investigation into Steven Fisher's family and residence, the search warrant obtained for plaintiff's residence, the execution of the warrant, and his interactions with plaintiff on August 22, 2017.<br>**Will testify.** |
| **Officer Michael Gonzalez**<br>c/o Susan Park, Ghazal Sharifi<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104 | Adverse witness. He may testify concerning the SPD investigation into Steven Fisher's family and residence, the search warrant obtained for plaintiff's residence, and the execution of the warrant on August 22, 2017.<br>**Will testify.** |
| **Det. Timothy Renihan**<br>c/o Susan Park, Ghazal Sharifi<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104 | Adverse witness. He may testify concerning the SPD investigation into Steven Fisher's family and residence, the search warrant obtained for plaintiff's residence, and the execution of the warrant on August 22, 2017.<br>**Will testify.** |
| **Lynda MacPherson**<br>**2722 Colby Avenue, Suite 706**<br>**Everett, WA 98201**<br>**425-231-5470** | Non-party fact witness. She will testify about her diagnosis of plaintiff, her treatment of plaintiff, her planned treatment of plaintiff and her prognosis for her recovery. **Excluded** |
| **Mary Ong**<br>ReMax Northwest Realtors<br>1909 219th Street SE, #205<br>Bothell, WA 98021 | Non-party fact witness. Ms. Ong is expected to testify concerning the purchase of plaintiff's house in May 2017 from Evolve 119th LLC as well as the nature and extent of plaintiff's economic damages.<br>**Will testify.** |
| **Vitaliy Voytovich**<br>Pending address information<br>206-979-0708 | Mr. Voytovich is expected to testify concerning the condition of plaintiff's house prior to the forced entry on August 22, 2017. He may testify to the nature and extent of plaintiff's economic damages.<br>**Possible witness only.** |
| **Sgt. Brandon James**<br>c/o Susan Park, Ghazal Sharifi<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104 | 30(b)(6) witness. Mr. James is expected to testify on the City of Seattle's policies practices regarding investigations and searches |

**Defendants' Non-Expert Witnesses**:

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

| Name and Address | Expected Testimony |
|---|---|
| Officer Michael Gonzalez (c/o Defense Counsel) | Officer Gonzalez will testify about his involvement in the execution of a search warrant on 3 119th Dr SE, Lake Stevens, WA 98258 on August 22, 2017, as well as other information relevant to Plaintiff's claims and Defendants' defenses.. |
| Detective Michael Magan (c/o Defense Counsel) | Detective Magan will testify about his involvement in the obtaining and execution of a search warrant on 3 119th Dr SE, Lake Stevens, WA 98258 on August 22, 2017, as well as other information relevant to Plaintiff's claims and Defendants' defenses. |
| Detective Timothy Renihan (c/o Defense Counsel) | Detective Renihan will testify about his involvement in the obtaining and execution of a search warrant on 3 119th Dr SE, Lake Stevens, WA 98258 on August 22, 2017, as well as other information relevant to Plaintiff's claims and Defendants' defenses. |
| Officer Liliya Nesteruk (c/o Defense Counsel) | Officer Nesteruk will testify about her involvement in the execution of a search warrant on 3 119th Dr SE, Lake Stevens, WA 98258 on August 22, 2017. |
| Sgt. Brandon James (c/o Defense Counsel) | Sgt. James will testify about SPD's practices and training concerning search warrants. |
| Dominic Herrick State Farm Insurance 1210 2nd Street Marysville, WA 98270 | Mr. Herrick, a former employer, will testify about Plaintiff's claimed economic damages. |
| Lt. Eric Barden (c/o Defense Counsel) | Lt. Barden may testify about Nancy Gill contacting him regarding the August 22, 2017 execution of a search warrant on 3 119th Dr. SE, Lake Stevens, WA 98248 as well as his other contacts with Nancy Gill. |
| Det. Don Waters (c/o Defense Counsel) | Det. Don Waters may testify about his involvement in the execution of a search warrant on 3 119th Dr. SE, Lake Stevens, WA 98258 on August 22, 2017. |
| Lt. Nick Bauer (c/o Defense Counsel) | Lt. Bauer may testify about his involvement in the execution of a search warrant on 3 119th Dr. SE, Lake Stevens, WA 98258 on August 22, 2017. |
| Sgt. Kevin Aratani (c/o Defense Counsel) | Sgt. Aratani may testify about his involvement in the execution of a search warrant on 3 119th Dr. SE, Lake Stevens, WA 98258 on August 22, 2017. |
| Deputy Harkins Snohomish County Sheriff's Office 3000 Rockefeller Ave. Everett, WA 98201 | Deputy Harkins may testify about involvement in the execution of a search warrant on 3 119th Dr. SE, Lake Stevens, WA 98258 on August 22, 2017. |

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

| Mike Mansur<br>Snohomish County Sheriff's Office<br>3000 Rockefeller Ave.<br>Everett, WA 98201 | Mike Mansur may testify about his involvement in the execution of a search warrant on 3 119th Dr. SE, Lake Stevens, WA 98258 on August 22, 2017. |
| Craig Gill<br>360 W. Ewing St., Unit A-9<br>Seattle, WA 98199 | Mr. Gill may testify about Plaintiff's claimed economic damages. |

## VI.    EXHIBITS

**Plaintiff will offer the following exhibits at the time of trial:**

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex No. | Description | Authenticity | Admissibility | Objection<br>(Authenticity Stipulated, Admissibility Disputed) | Admitted |
| 1 | SPD Call 17-273821 – August 21, 2017 (SEA001041 – SEA001043) | Stipulated | Stipulated | | |
| 2 | Steven Fisher Driver's License (SEA001274 – SEA001275) | Stipulated | Stipulated | | |
| 3 | Accurint Search Report (SEA001267) | Stipulated | Stipulated | | |
| 4 | Copy of Affidavit for Search Warrant for 3 119th Dr SE (SEA000525 – SEA000535) | Stipulated | Disputed | 401, 402, 403 | |
| 5 | Operations Plan for SPD #2017-30670 (SEA000731-SEA000747) | Stipulated | Disputed | 401, 402 | |
| 6 | E-mail included in search warrant: | Stipulated | Stipulated | | |

CIVIL RIGHTS JUSTICE CENTER, PLLC<br>2150 N 107th Street, Suite 520<br>Seattle, Washington 98133<br>(206) 557-7719 / Fax: (206) 659-0183

| | | | | | | |
|---|---|---|---|---|---|---|
| | | "Re: Search Warrant" – Magan (SEA000820) | | | | |
| | 7 | SPD Case Investigation Report – Magan (SEA000913 – SEA000976) | Stipulated | Disputed | 401, 402, 801 | |
| | 8 | SPD Case Investigation Report – Renihan (SEA001435 – SEA001491) | Stipulated | Disputed | 401, 402, 801 | |
| | 9 | Redfin Listing of 3 119th Dr. SE, Lake Stevens (SEA000860) | Stipulated | Disputed | 401, 402 | |
| | 10 | Steven Fisher Interview (SEA002679) | Stipulated | Disputed | 401, 402 | |
| | 11 | Steven Fisher Interview (SEA002680) | Stipulated | Disputed | 401, 402 | |
| | 12 | Fisher Conditions of Release form (NG001411-NG001426) | Not Stipulated *Bates stamped version required. Consecutive bates no required | Disputed | 401, 402 | |
| | 13 | Original Booking Sheet (NG001427) | Stipulated | Disputed | 401, 402, 801 | |
| | 14 | 8-25 Superform for Fisher's Re-Arrest by Magan (NG001429) | Stipulated | Disputed | 401, 402, 801 | |
| | 15 | 8-21 SPD Superform (SEA001007) | Stipulated | Disputed | 401, 402, 801 | |
| | 16 | 8-19 SPD Superform (SEA001423) | Stipulated | Disputed | 401, 402, 801 | |

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

| | | | | | | |
|---|---|---|---|---|---|---|
| 1<br>2 | 17 | VINE Custody Status Report for Steven Fisher (SEA000910) | Stipulated | Disputed | 401,402 | |
| 3<br>4 | 18 | Photos from SPD Fisher Vehicle Search (SEA001003– | Stipulated | Disputed | 401,402 | |
| 5<br>6 | 19 | Photos from SPD Fisher Vehicle Search SEA001004 | Stipulated | Stipulated | | |
| 7<br>8 | 20 | Photos from SPD Fisher Vehicle Search sea001005 | Stipulated | Disputed | 401,402 | |
| 9 | 21 | Photos from SPD Fisher Vehicle SEA001299 | Stipulated | Stipulated | | |
| 10<br>11 | 22 | Photos from SPD Fisher Vehicle SEA001315 | Stipulated | Disputed | 401,402 | |
| 12<br>13 | 23 | King County Call Detail Report – Fisher (SEA003294 – SEA003327) | Stipulated | Disputed | 401,402 | |
| 14<br>15<br>16 | 24 | SPD Statement Form – Fisher and Zemak Call (SEA003328 – SEA003339) | Stipulated | Disputed | 401,402,801 | |
| 17<br>18 | 25 | SPD Statement Form – Fisher and Zemak Call (SEA003350 – SEA003360) | Stipulated | Disputed | 401,402,801 | |
| 19<br>20<br>21 | 26 | SPD Statement Form – Fisher and Zemak Call (SEA003359 – SEA003368) | Stipulated | Disputed | 401,402,801 | |
| 22<br>23 | 27 | Statutory Warranty Deed for 3 119th Dr. SE, | Stipulated | Stipulated | | |

CIVIL RIGHTS JUSTICE CENTER, PLLC<br>2150 N 107th Street, Suite 520<br>Seattle, Washington 98133<br>(206) 557-7719 / Fax: (206) 659-0183

| | | | | | |
|---|---|---|---|---|---|
| | | Lake Stevens (NG000119) | | | |
| 28 | | 3 119th Dr. SE Deed History (Dkt. 65-1 at 4) **25\*Clean copy required without highlights\*** | Stipulated\* | Disputed | 401,402,403 |
| 29 | | On Point Home Inspection Report – May 2017 | Stipulated | Stipulated | |
| 30 | | Inspection Response for Form 35 – May 2017 | Disputed | Disputed | MIL |
| 31 | | Gill USPS Change of Address Confirmation Letter – Jun. 2017 (Dkt. 65-1 at 6) | Stipulated | Disputed | 401,402 |
| 32 | | Photo of Gill USPS Forwarded Mail – Jul. 2017 (Dkt. 65-1 at 8) | Stipulated | Disputed | MIL |
| 33 | | Photo of car outside 3 119th Dr. SE (NG000006) | Stipulated | Disputed | 401,402 |
| 34 | | Texts between Nancy Gill and Bridget Gill (NG000013, Dkt. 65-1 at 38) – Replaced with full images **Bates stamped version required** | Stipulated\* | Disputed | 401,402 |
| 35 | | Texts between Nancy Gill and Bridget Gill (– NG000014; Dkt. 65-1 at 39) **\*Bates stamped version required\*** | Stipulated\* | Disputed | 401,402 |

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | Texts with Bridget - Extracted Phone Data (Dkt. 65-1 at 42-44) | Not Stipulated | Disputed | 401,402 | |
| 37 | Texts between Nancy Gill and Deborah Oswald (Dkt. 65-1 at 23-36) | Not Stipulated | Disputed | 401,402 | |
| 38 | Texts between Bridget Gill and MacKenzie Honeycut (Dkt. 66-1 at 12) | Not Stipulated | Disputed | 401,402 | |
| 39 | Texts between Bridget Gill and MacKenzie Honeycut (NG000019) | Not Stipulated | Disputed | MIL | |
| 40 | Call for Service Detail Report – CFS 811 (NG000120 – NG000122) **\*Clean copy required without highlights\*** | Stipulated\* | Disputed | 801 | |
| 41 | SPD CAD Call Hardcopy (SEA000285) | Stipulated | Stipulated | | |
| 42 | E-mail: "Re: 3 119 DR SE" – Moffat-Marti (SEA002927) | Stipulated | Disputed | MIL | |
| 43 | E-mail: "Re: 3 119 DR SE" – Moffat-Marti (SEA002922) | Stipulated | Disputed | MIL | |
| 44 | Moffat-Marti created attachment (SEA002919 – SEA002921) | Stipulated | Disputed | MIL | |
| 45 | FinCEN BSAR Transcript | Stipulated | Disputed | 401,402 | |

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

| | | | | | |
|---|---|---|---|---|---|
| | (SEA001432 – SEA001434) | | | | |
| 46 | United States v. Steven Fisher No. MJ17-452; Dkt. 11 Motion to Review Order of Release **\*Clean copy required without highlights\*** | Stipulated* | Disputed | 401,402 | |
| 47 | Pictures of Damage to 3 119th Dr. SE (SEA000562 – SEA000565) | Stipulated | Stipulated | | |
| 48 | Photos of Gill's House (NG000812 – NG000837) | Stipulated | Stipulated | | |
| 49 | Photo of Back Gate Lock (Dkt. 66-1 at 14) | Disputed | Disputed | MIL | |
| 50 | Photos of floor damage | Disputed | Disputed | MIL | |
| 51 | PEMCO Insurance Photo Sheet – Nov. 2017 | Stipulated | Stipulated | | |
| 52 | Bear Creek Construction Estimate – Dec. 2017 | Stipulated | Stipulated | | |
| 53 | Eastside Insulation Estimate – Jan. 2018 | Stipulated | Stipulated | | |
| 54 | Gregory Gilbertson CV | Disputed | Disputed | 401,402,801 | |
| 55 | Matthew Jakupcak CV | Disputed | Disputed | 401,402,801 | |
| 56 | Randall Karstetter CV | Disputed | Disputed | 401,402,801 | |
| 57 | Photo of Bathroom Sink and Door | Disputed | Disputed | MIL | |

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

| # | | | | | |
|---|---|---|---|---|---|
| 58 | Photo of Bathroom Entrance (NG000008) | Stipulated | Stipulate | | |
| 59 | Photos of Stairs and Bathroom (NG001438—NG001439) | Stipulated | Stipulate | | |
| 60 | Listing Photo of House Front | Stipulated | Stipulate | | |
| 61 | Listing Photo of Entry Staircase | Stipulated | Stipulate | | |
| 62 | Listing Photo of Living Room and Dining Room | Stipulated | Stipulate | | |
| 63 | Listing Photo of Kitchen Eating Area and Family Room | Stipulated | Stipulate | | |
| 64 | Listing Photo of Dining Room and Living Room | Stipulated | Stipulated | | |
| 65 | Listing Photo of Family Room, Kitchen and Eating Area | Stipulated | Stipulated | | |
| 66 | Listing Photo of Kitchen | Stipulated | Stipulated | | |
| 67 | Public Storage Unit Card from SEA002967 in | Stipulated | Disputed | 401,402,403,801 | |
| 68 | Signed Affidavit for Search Warrant for Storage Unit (SEA000764) | Stipulated | Disputed | 401,402,403,801 | |
| 69 | Search Warrant for 3 119th Dr SE (SEA000521-SEA000523) | Disputed (Incomplete document) | Disputed | 106,403,901 | |

| **Defendant's Exhibits** |
|---|

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

| Ex No. | Description | Authenticity | Admissibility | Objection (Authenticity Stipulated, Admissibility Disputed) | Admitted |
|---|---|---|---|---|---|
| 101 | Text messages extracted from Nancy Gill's phone produced as Appendix D to Allan Muchmore's August 21, 2020 Expert Report | Stipulated | Disputed by Plaintiff | | |
| 102 | Steven Fisher's Driver's License SEA001097 – SEA001098 | Stipulated | Stipulated | | |
| 103 | Driver and Plate Search (DAPS) SEA001045 | Stipulated | Stipulated | | |
| 104 | Email from USPIS Inspector SEA002911 | Disputed | Disputed | 401, 402, 403 and 801 | |
| 105 | DOL Search SEA001272 | Stipulated | Stipulated | | |
| 106 | Search Warrant for residence SEA000521 – SEA000535 | Stipulated | Stipulated | | |
| 107 | Photos of the House SEA002681 - 2688 | Stipulated | Stipulated | | |
| 108 | Receipt from Frank Lumber & Hardware dated Oct. 11, 2017 | Disputed | Disputed not produced during discovery | 401, 402 and 801 | |
| 109 | Nancy Gill v. Craig Gill No. 16-3-01515-31 Dkt. 17, 2015-11-15 Declaration of Nancy Gill | Stipulated | Disputed Not produced during discovery | 401,402,403, 404 801 | |

JOINT PRETRIAL ORDER - 18
CASE NO. 2:19-CV-00860-MJP

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

| | | | | | |
|---|---|---|---|---|---|
| 110 | Nancy Gill v. Craig Gill No. 16-3-01515-31 Dkt. 24 2016-11-22 REPLY Declaration of Nancy Gill | Stipulated | Disputed not produced during discovery | 401, 402, 403, 404, 801 | |
| 111 | Nancy Gill v. Craig Gill No. 16-3-01515-31 Dkt. 40 2017-02-21 REPLY Declaration of Nancy Gill | Stipulated | Disputed not produced in discovery | 401,402,403,404, 801 | |
| 112 | Nancy Gill v. Craig Gill No. 16-3-01515-31 Dkt. 15 2016-11-15 Financial Declaration of Nancy Gill | Stipulated | Disputed not produced in discovery | 401,402,403,404, 801 | |
| 113 | Photos produced by Plaintiff NG000813; NG 001439 | Stipulated | Disputed | 401,402,403,404, 801 | |
| 114 | GO Report SEA000001-SEA000186 | Stipulated | Disputed | 401,402,403,404, 801 | |
| 115 | GO Report SEA000211-SEA000260 | Stipulated | Disputed | 401,402,403,404, 801 | |
| 116 | GO Report SEA000261-SEA000284 | Stipulated | Disputed | 401,402,403,404, 801 | |
| 117 | GO Report SEA000294-SEA00521 | Stipulated | Disputed | 401,402,403,404, 801 | |
| 118 | Employee Earnings Record – from Dominic Herrick | Stipulated | Disputed | 401,402,403,404, 801 | |

JOINT PRETRIAL ORDER - 19
CASE NO. 2:19-CV-00860-MJP

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

| | | | | | |
|---|---|---|---|---|---|
| 119 | May 1, 2013 Swedish Medical Center, Brian McCallie, M.D. notes (000201) | Stipulated | Disputed not produced in discovery | 401,402,403,404, 801 | |
| 120 | May 14, 2013 Center for Diagnostic Imaging, N. Jarrod Durkee, M.D. notes (000022) | Stipulated | Disputed | 401,402,403,404, 801 | |
| 121 | May 14, 2013 Center for Diagnostic Imaging, N. Jarrod Durkee, M.D. notes (000033) | Stipulated | Disputed not produced in discovery | 401,402,403,404, 801 | |
| 122 | Nov. 4, 2014 Swedish Medical Center, Dan Downey, M.D. notes (000168-000170) | Stipulated | Disputed not produced in discovery | 401,402,403,404, 801 | |
| 123 | Nov. 10, 2016 Swedish Medical Center, Elizabeth O'Kane, M.D. notes (000173) | Stipulated | Disputed not produced in discovery | 401,402,403,404, 801 | |
| 124 | Nov. 23, 2016 Swedish Medical Center, Darren Wardle, M.D. notes 000056-000057) | Stipulated | Disputed not produced in discovery | 401,402,403,404, 801 | |
| 125 | Dec. 2, 2016 Swedish Medical Center, Darren Wardle, M.D. notes (000062-000063) | Stipulated | Disputed not produced in discovery | 401,402,403,404, 801 | |
| 126 | Dec. 19, 2016 Swedish Medical Center, Thomas Paul Seib, M.D. notes (000037-000038) | Stipulated | Disputed not produced in discovery | 401,402,403,404, 801 | |
| 127 | Dec. 30, 2016 Center for Diagnostic Imaging, Jeffrey Pearce, M.D. notes | Stipulated | Disputed not produced in discovery | 401,402,403,404, 801 | |

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

| | | | | | |
|---|---|---|---|---|---|
| | (000023) | | | | |
| 128 | Feb. 22, 2017 Neurological Associates of Washington, Jeffrey Pearce notes (000013-000014) | Stipulated | Disputed not produced in discovery | 401,402,403,404, 801 | |
| 129 | Mar. 23, 2017 Jeffrey Pearce, M.D. notes (000019-000020) | Stipulated | Disputed not produced in discovery | 401,402,403,404, 801 | |
| 130 | Aug. 23, 2017 Center for Diagnostic Imaging, Jeffrey Pearce, M.D. notes (000023) | Stipulated | Disputed not produced in discovery | 401,402,403,404, 801 | |
| 131 | Nov. 25, 2017 UW Medical Center, Sudhakar Pipavath, M.D. notes (000217-000215) | Stipulated | Disputed not produced in discovery | 401,402,403,404, 801 | |
| 132 | Nov. 25, 2017 UWNC Shoreline, Kaity Pak, A.R.N.P. notes (000197-000199) | Stipulated | Disputed not produced in discovery | 401,402,403,404, 801 | |
| 133 | Nov. 25, 2017 Kaity Pak, ARNP visit notes (000217-000215, 000197-000199) | Stipulated | Disputed not produced in discovery | 401,402,403,404, 801 | |
| 134 | Dec. 30, 2017 Deanna Martinson (000168-000172) | Stipulated | Disputed not produced in discovery | 401,402,403,404, 801 | |
| 135 | July 8, 2019 Kathleen Volkman (000088-000091) | Stipulated | Disputed not produced in discovery | 401,402,403,404, 801 | |
| 136 | Nov. 19, 2019 Victoria Krause, PA-C note, cosigned by Viral Patel (000053-000055) | Stipulated | Disputed not produced in discovery | 401,402,403,404, 801 | |

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

| | | | | | | |
|---|---|---|---|---|---|---|
| 137 | Mental Health Evaluation and Psychological Testing Report Prepared by Matthew Jakupcak, PhD | Stipulated | Stipulated | | |
| 138 | Amended Complaint for Damages | Stipulated | Disputed | 401,402,403,404, 801 | |
| 139 | Plaintiff's Reponses to the First Interrogatories and Requests for Production | Stipulated | Disputed | 401,402,403,404, 801 | |
| 140 | Plaintiff's Supplemental Responses to the First Interrogatories and Requests for Production | Stipulated | Disputed | 401,402,403,404, 801 | |
| 141 | Plaintiff's Reponses to the Second Set of Requests for Production and Documents | Stipulated | Disputed | 401,402,403,404, 801 | |
| 142 | Plaintiff's Responses to Third Set of Interrogatories and Requests for Production | Stipulated | Disputed | 401,402,403,404, 801 | |
| 143 | Plaintiff's Responses to Fourth Set of Interrogatories and Requests for Production | Stipulated | Disputed | 401,402,403,404, 801 | |
| 144 | IMG_5514 Attic | Stipulated | Stipulated | | |
| 145 | Diana Kramer, MD CV | | | | |
| 146 | 2020-01-29 Medical Records - Swedish | Stipulated | Disputed | 401,402,403,404, 801 | |

JOINT PRETRIAL ORDER - 22
CASE NO. 2:19-CV-00860-MJP

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

| | | | | | |
|---|---|---|---|---|---|
| 147 | 2020-01-07 Medical Records - CDI | Stipulated | Disputed | 401,402,403,404, 801 | |
| 148 | 2020-01-23 UW Medical Records | Stipulated | Disputed | 401,402,403,404, 801 | |
| 149 | 2020-01-23 Medical Records (Neurological Associates of Washington) | Stipulated | Disputed | 401,402,403,404, 801 | |
| 150 | 2020-09-24 Medical Records | Stipulated | Disputed | 401,402,403,404, 801 | |
| 151 | 2020-10-02 Evergreen Health Medical Records | Stipulated | Disputed | 401,402,403,404, 801 | |
| 152 | 2020-06-16 Medical Records (Sandra Reeves) | Stipulated | Stipulated | 401,402,403,404, 801 | |
| 153 | Medical Records - Mindful Therapy Group | Stipulated | Stipulated | 401,402,403,404, 801 | |
| 154 | Medical Records Addtl - Mindful Therapy Group | Stipulated | Stipulated | 401,402,403,404, 801 | |
| 155 | Medical Records - Suzanne Snyder | Stipulated | Stipulated | 401,402,403,404, 801 | |
| 156 | Photos of house NG000833 - NG000836 | Stipulated | Stipulated | | |
| 157 | NG000701 Text w Vitaliy w Screen pic | Stipulated | Stipulated | | |
| 158 | NG000702 Text w Vitaliy w Door Receipt | Stipulated | Disputed | 401,402,403,404, 801 | |
| 159 | NG000703 | Stipulated | Stipulated | | |
| 160 | Jennifer Piel, MD CV | | | | |
| 161 | Allen Muchmore CV | | | | |

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

| 162 | 173 - 2020-09-11 Medical Premier Records (Piel Excerpts) | | | | |
|---|---|---|---|---|---|

## VII.   DEPOSITION TRANSCRIPTS

**Plaintiff will offer excerpts from the following deposition transcripts at trial:**

1.      Deposition of Michael Magan – plaintiff will also offer clip segments from the video recording of this deposition.

2.      Deposition of Timothy Renihan

3.      Deposition of Michael Gonzalez - plaintiff will also offer clip segments from the video recording of this deposition.

4.      Deposition of Shandy Cobane

5.      Deposition of Regan Moffat-Marti

6.      30(b)(6) Deposition of Brandon James

Defendants will offer excerpts from the following deposition transcript(s) at trial:

1.      Deposition of Nancy Gill – Defendants will also offer clip segments from the video recording of this deposition.

Pursuant to Local Civil Rule 32(e), plaintiff and defendants have provided one another with copies of the above-designated deposition transcripts with relevant portions highlighted.

DATED this 16th day of March, 2021 at Seattle, Washington.

## ACTION BY THE COURT

This case is scheduled for trial before a jury on April 26, 2021, at 9:00AM. This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

control the subsequent course of the action unless modified by a subsequent order. This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this 23rd day of April, 2021.

Marsha J. Pechman
United States Senior District Judge

FORM APPROVED

    CIVIL RIGHTS JUSTICE CENTER, PLLC

    *s/ Darryl Parker*
    **Darryl Parker**, WSBA No. 30770
    *Attorney for Plaintiff*


    PETER S. HOLMES
    Seattle City Attorney

    By:*/s/ Susan Park*
    Susan Park, WSBA# 53857
    Rebecca Widen, WSBA# 53857
    Ghazal Sharifi, WSBA# 47750
    Assistant City Attorneys

    E-Mail:  Susan.Park@seattle.gov
    E-Mail:  Rebecca.Widen@seattle.gov
    E-Mail:  Ghazal.Sharifi@seattle.gov

    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    Phone:  (206) 684-8200

*Attorneys for Defendants City of Seattle, Michael Magan, and Timothy Renihan*

JOINT PRETRIAL ORDER - 25
CASE NO. 2:19-CV-00860-MJP

CIVIL RIGHTS JUSTICE CENTER, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183