# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| NANCY GILL,<br><br>           Plaintiff,<br><br>v.<br><br>MICHAEL MAGAN, TIMOTHY RENIHAN, and CITY OF SEATTLE,<br><br>           Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:19-cv-00860-MJP |

X **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_ **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE JURY HAS FOUND in favor of the Defendants on all of Plaintiff's claims. (*See*

Jury Verdict (Dkt. ##141 (sealed), 144 (redacted)).)

Dated May 5, 2021.

                                              William M. McCool
                                              Clerk of Court

                                              s/ Grant Cogswell
                                              Deputy Clerk