| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>OCT 21 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| NANCY GILL,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>CITY OF SEATTLE; et al.,<br><br>       Defendants - Appellees. | No. 21-35635<br><br>D.C. No. 2:19-cv-00860-MJP<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered September 29, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

> FOR THE COURT:
>
> MOLLY C. DWYER
> CLERK OF COURT
>
> By: Howard Hom
> Deputy Clerk
> Ninth Circuit Rule 27-7